IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

**FILED**
MAR 05 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | **3:25 CR 76** |
| | ) | **JUDGE KNEPP** |
| v. | ) CASE NO. | MAGISTRATE JUDGE CLAY |
| | ) | Title 18, United States Code, |
| TYQUANDRE CARPENTER, | ) | Sections 922(g)(1) and 924(a)(8) |
| Defendant. | ) | |

### COUNT 1
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1. On or about June 19, 2024, in the Northern District of Ohio, Western Division, Defendant TYQUANDRE CARPENTER, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Robbery, on or about November 8, 2012, in Case Number G-4801-CR-0201202406, in the Common Pleas Court, Lucas County, Ohio, knowingly possessed in and affecting interstate commerce a firearm, to wit: a Taurus model G2C, .9 mm caliber pistol, bearing serial number AEG534885, said firearm having been shipped or transported in interstate or foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

### FORFEITURE

The Grand Jury further charges:

2. The allegation of Count 1 is hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c). As a result of the foregoing

ORIGINAL

offense, Defendant TYQUANDRE CARPENTER shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the violation charged herein.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.